UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on December 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Harwinder K. Mula

Case No.: __18-33393-CMG__

Chapter: __13__

Judge: __Christine M. Gravelle__

# ORDER REGARDING CREDIT COUNSELING AND CERTIFICATION OF EXIGENT CIRCUMSTANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the court under 11 U.S.C. § 109(h)(3)(A), and for good cause shown

It is ORDERED that:

- ❏ The debtor's certification is **satisfactory** to the court. The debtor must obtain credit counseling and file a Certificate of Credit Counseling on or before thirty (30) days from the date the debtor's petition was filed or the case will be dismissed without further notice.

- ❏ The debtor's certification is **not satisfactory** to the court because of the circumstances noted below and the case is dismissed.

    - [ ] The alleged exigent circumstances do not merit an extension of time regarding the requirements of 11 U.S.C. § 109(h)(1),

        OR

    - [ ] There was a failure to prove that the debtor requested credit counseling services from an approved, nonprofit budget and credit counseling agency, but was unable to obtain the services during the five (5) day period beginning on the date on which the debtor made that request.

- ☑ A hearing is scheduled on _____1/2/19_____ at __12:00__ o'clock to determine whether the certification is satisfactory to the court under 11 U.S.C. § 109(h)(3)(A)(iii) and merits an extension of time for the filing of a Certificate of Credit Counseling. The hearing shall be held at:

    Location:         _USBC_____

                      _402 East State Street_____

                      _Trenton NJ  08608_____

    Courtroom:        _3_____

*rev.6/1/06.jml*