UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 DEC 11  P 1: 38

JEANNE A. NAUGHTON

BY [signature]
DEPUTY CLERK

In Re: HARWINDER K. MULA
*[Enter the debtor's name(s)]*

Case No.: 18-33393
*[Enter the case number]*

Chapter: 13
*[Enter the chapter; example: 13]*

Judge: CHRISTINE M. GRAVELLE
*[Enter the Judge's last name]*

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, *[Enter the debtor's name]* HARWINDER K. MULA, am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* NOV. 28, 2018

2. When I filed my petition, I did not file all the documents required to be filed under chapter *[Enter the chapter under which you filed your bankruptcy case, i.e., chapter 7]* 13 of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed.* According to the *Notice*, I must file the balance of my schedules by *[Enter the date by which the balance of your schedules must be filed]* 12/12/18.

4. I ☐ have, ☒ have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: *[Enter the reason you are unable to file the balance of your schedules at this time]* Because I am seeking accurate information and have not received it yet.

I certify under penalty of perjury that the foregoing statements are true.

Date: 12/11/18        _H. Mук_
                      Signature of Debtor

Date: _____     _____
                      Signature of Joint Debtor (if any)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and phone number]* |

In Re: **HARWINDER K. MULA**
*[Enter the debtor's name(s)]*

Case No.: **18-33393**
*[Enter the case number]*

Chapter: **13**
*[Enter the chapter of the case]*

Judge: **CHRISTINE M. GRAVELLE**
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, *[Enter your name]* **HARWINDER K. MULA** am the *[Enter your relationship to the case. For example, debtor, debtor's attorney]* _____ in this case.

2. On *[Enter the date you served the documents]* **12/11/18**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   *[Pace a check next to each document you served]*

   ☒ Application to Extend Time to File Missing Documents

   ☐ Proposed Order Extending Time to File Missing Documents

   ☐ Other _____
   *[Specify the additional document(s) served]*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: **12/11/18**
*[Enter the date you signed this document]*

Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* <br> ALBERT RUSSO <br> CHAPTER 13 STANDING TRUSTEE <br> P.O. BOX 933 <br> MEMPHIS, TN 38101-0933 | *[Enter the party's relationship to the case]* <br> TRUSTEE | ☐ Hand-delivered <br> ☐ Regular mail <br> ☒ Certified mail/Return receipt requested <br> ☐ Other _____ <br> (As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☐ Other _____ <br> (As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☐ Other _____ <br> (As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/ Return receipt requested <br> ☐ Other _____ <br> (As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/ Return receipt requested <br> ☐ Other _____ <br> (As authorized by the Court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br><br><br><br><br>In Re: HARWINDER K. MULA<br>*[Enter the debtor's name(s)]* | Case No.: 18-33393<br>*[Enter the case number]*<br><br>Chapter: 13<br>*[Enter the case number]*<br><br>Judge: CHRISTINE M. GRAVELLE<br>*[Enter the Judge's last name]* |

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than ____1/2/19____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*